### EIGHTH AVE. RY. CO. *v.* MAYOR, ETC., OF NEW YORK.

(*Supreme Court, General Term, First Department.* January 28, 1889.)

Appeal from special term, New York county.

Action by the Eighth Avenue Railway Company against the mayor, etc., of New York to restrain defendants from interfering with plaintiff's use of snow-plows for removing snow from their railroad tracks, and to restrain the enforcement of an ordinance to regulate the use of snow-plows and sweeping machines, etc. A preliminary injunction was granted, and defendants appeal.

Argued before VAN BRUNT, P. J., and DANIELS and BARTLETT, JJ.

*D. J. Dean,* for appellants. *J. M. Scribner,* and *O. E. Bright,* for respondent.

VAN BRUNT, P. J. Upon an examination of the argument presented upon the part of the respondent upon this appeal we do not see but that all the points have been met by the conclusions arrived at by this court in the decision of the case of *Railroad Co.* v. *Mayor,* 1 N. Y. Supp. 646, and for the reasons stated in that opinion the order appealed from should be reversed, with $10 costs and disbursements. All concur.

---

### NINTH AVE. RY. CO. *v.* MAYOR, ETC., OF NEW YORK.

(*Supreme Court, General Term, First Department.* January 28, 1889.)

Appeal from special term, New York county.

Action by the Ninth Avenue Railway Company against the Mayor, etc., of New York, for the same purpose as *Eighth Ave. Ry. Co.* v. *Mayor, supra.* Preliminary injunction granted, and defendants appeal.

Argued before VAN BRUNT, P. J., and DANIELS and BARTLETT, JJ.

*D. J. Dean,* for appellants. *J. M. Scribner* and *O. E. Bright,* for respondents.

VAN BRUNT, P. J. For the reasons stated in the case of *Eighth Ave. Ry. Co.* v. *Mayor, supra,* decided herewith, the order appealed from should be reversed, with $10 costs and disbursements. All concur.